UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES S. LONGSHORE,

    Plaintiff,

v.

MASON COUNTY, et al.,

    Defendants.

CASE NO. 3:18-cv-05069-RJB-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTIONS

This matter comes before the Court on the Report and Recommendation of Magistrate Judge J. Richard Creatura (Dkt. 40). The court is familiar with the records and files herein and Objections to the Report and Recommendation filed by Defendants (Dkt. 41) and by Plaintiff (Dkt. 42). The matter also comes before the Court on the Plaintiff's Motions to Certify Questions to the Washington State Supreme Court (Dkt. 34) and to the Court of Appeals (Dkt 42). The Court has considered those motions and Defendants' Response (Dkt. 43). It is hereby ORDERED that:

(1)    The Court adopts the Report and Recommendation.

(2)    The Defendants' Objections to the Report and Recommendation, in which they ask that the court dismiss Plaintiff's state claims against Defendants Sinclair and Campbell, are REJECTED. In their Motion for Dismissal (Dkt. 29), the Defendants, although they couched their motion in terms of a request for

| | |
|---|---|
| 1 | dismissal of all claims against them, only presented argument on federal Constitutional Claims under the 14th and 6th Amendments. Neither the |
| 2 | Defendants Sinclair and Campbell, nor the Magistrate Judge, addressed the state claims, and it would be inappropriate to dismiss them on the current record. That |
| 3 | issue may be raised with the Magistrate Judge. |
| 4 | (3) The Motion to Dismiss the Federal Claims of Plaintiff (Dkt. 29), filed by Defendants Sinclair and Campbell, is hereby GRANTED. All federal claims |
| 5 | against Defendants Sinclair and Campbell are hereby DISMISSED. |
| 6 | (4) Plaintiff's Motions to Certify Questions to the Washington State Supreme Court (Dkt. 34) and to the Court of Appeals (Dkt.42), and Defendants' Motion to Strike |
| 7 | (Dkt. 36) are DENIED. |
| 8 | (5) This matter is re-referred to Magistrate Judge J. Richard Creatura. |
| 9 | The Clerk is directed to send uncertified copies of this Order to all counsel of record and |
| 10 | to any party appearing *pro se* at said party's last known address. |
| 11 | Dated this 16th day of July, 2018. |

*[Signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge