UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES S. LONGSHORE,

    Plaintiff,

v.

MASON COUNTY, et al,

    Defendants.

CASE NO. 3:18-cv-05069-RJB-JRC

REPORT AND RECOMMENDATION

NOTED FOR: September 14, 2018

    The District Court has referred this 42 U.S.C. § 1983 action to United State Magistrate Judge J. Richard Creatura. Currently pending in this action is plaintiff Charles S. Longshore's motion for voluntary dismissal with prejudice. Dkt. 46.

    Federal Rule of Civil Procedure 41 governs the circumstances under which voluntary dismissal may be granted. An action may be dismissed by court order at the plaintiff's request "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Further, "[u]nless the order states otherwise, a dismissal under this paragraph (2) is without prejudice." *Id*.

1    Here, plaintiff requests that the Court voluntarily dismiss his action "with prejudice."
2 Dkt. 46. However, plaintiff's reasons for his voluntary dismissal are difficulty gaining law
3 library access, difficulty speaking with people trained in the law, and pending criminal charges
4 and other matters that prevent him from proceeding with the case. *Id*. Therefore, the Court finds
5 that dismissal with prejudice would be inappropriate because it would indefinitely prevent
6 plaintiff from returning with his claims should any of the above conditions improve.

7    Therefore, the Court recommends granting plaintiff's motion for voluntary dismissal
8 (Dkt. 46) and dismissing plaintiff's action without prejudice, which would allow him to return to
9 court if he chooses to pursue the claims further.

10   Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
11 fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
12 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*
13 review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a result in a waiver
14 of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v.*
15 *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit
16 imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **September**
17 **14, 2018** as noted in the caption.

18   Dated this 27th day of August, 2018.

19
20
21
22                                                J. Richard Creatura
                                                  United States Magistrate Judge
23
24