UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES S. LONGSHORE,

    Plaintiff,

v.

MASON COUNTY, et al.,

    Defendants.

CASE NO. 3:18-cv-05069-RJB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)     The Court adopts the Report and Recommendation (Dkt. 47).

(2)     The Court grants plaintiff's motion for voluntary dismissal (Dkt. 46), and Orders that this action is dismissed without prejudice.

**DATED** this 24th day of September, 2018.

*[signature]*

ROBERT J. BRYAN
United States District Judge